## TRI-CITY BROADCASTING CO. *v.* BOWERS, TAX COMMISSIONER OF OHIO.

No. 406. Decided November 16, 1959.

*Carlton S. Dargusch, Carlton S. Dargusch, Jr.* and *Jack H. Bertsch* for appellant.

*Mark McElroy,* Attorney General of Ohio, and *Joseph D. Karam,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.